

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SPENCER PIERCE, | 3:07-CV-202-RCJ(RAM) |
| Plaintiff, | **ORDER** |
| v. | |
| DIRECTORS OF CORRECTIONS, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff's Objection to Magistrate Judge's Report and Recommendation (#90) filed on November 16, 2009. This action was referred to U.S. Magistrate Robert A. McQuaid, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4. The Magistrate Judge submitted his Report and Recommendation (#90) on October 27, 2009, recommending that this Court enter an order granting Defendants' Motion for Summary Judgment (#60) and denying as moot Plaintiff's Motion for Preliminary Injunction (#87). Defendants' filed their Opposition to Plaintiff's Objection to Magistrate Judge's Report and Recommendation (#93) on December 17, 2009 and Plaintiff filed his Reply to Defendants' Opposition to Plaintiff's Objection to Magistrate Judge's Report and Recommendation (#94) on December 31, 2009.

## I. ANALYSIS

### A.   Review of Magistrate Judge's Order

Pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 3-2, a party may file specific written objections to the findings and recommendations of a magistrate judge made pursuant to LR IB 1-4. The district court must make a *de novo* determination of those portions of the

magistrate judge's report to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. LR IB 3-2(b). *De novo* review means the court must consider the matter anew, the same as if it had not been heard before and as if no decision previously had been rendered. Ness v. Commissioner, 954 F.2d 1495, 1497 (9th Cir. 1992). Thus, although the district court need not hold a de novo hearing, the court's obligation is to arrive at its own independent conclusion about those portions of the magistrate judge's findings or recommendation to which objections are made. United States v. Remsing, 874 F.2d 614, 617 (9th Cir. 1989).

After conducting a *de novo* review of the record, the Court accepts and adopts the Magistrate Judge's Report and Recommendation (#90).

### III. CONCLUSION

IT IS HEREBY ORDERED that Plaintiff's Objection to Magistrate Judge's Report and Recommendation (#91) is DENIED.

IT IS FURTHER ORDERED that Defendants' Motion For Summary Judgment (#60) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Preliminary Injunction (#87) is DENIED as MOOT.

IT IS FURTHER ORDERED that Defendants' Motion for Extension of Time to File Defendants' Opposition to Plaintiff's Objection to Report and Recommendation (#92) is GRANTED.

The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED: This 26 day of January, 2010.

Robert C. Jones
UNITED STATES DISTRICT JUDGE