

1

2

3

4

5

6     **UNITED STATES DISTRICT COURT**

7     **DISTRICT OF NEVADA**

8

9    SPENCER PIERCE,                          3:07-CV-202-RCJ(RAM)

10                 Plaintiff,

11          v.                                 **ORDER**

12   DIRECTORS OF NEVADA DOC, *et al.*,

13                 Defendants.

14

15          Presently before the Court is Plaintiff's Motion For Reconsideration (#97) filed on

16   February 5, 2010. Defendants filed their Opposition to Plaintiff's Motion for Reconsideration

17   (#98) on February 18, 2010 and Plaintiff filed his Reply (#99) on March 1, 2010.

18                                   BACKGROUND

19          Plaintiff is an inmate who resides at Ely State Prison (ESP) in Nevada.  Plaintiff a *pro*

20   *se* litigant, filed this action pursuant to 42 U.S.C. §1983. On September 9, 2008, Plaintiff filed

21   a third amended complaint seeking monetary and injunctive relief against Defendants in their

22   individual and official capacities.

23          In Count I and II, Plaintiff claims that prison officials have manifested a deliberate

24   indifference to his serious medical needs in violation of the Eighth Amendment by refusing him

25   treatment to his injured left fifth finger and failed to treat his shoulder and chest injury.

26          In Count III, Plaintiff alleges that prison officials have denied him access to the courts

27   in violation of the First Amendment by denying him access to Iowa law.

28   ///

                                      1

1    Defendants moved to dismiss because Plaintiff failed to exhaust the available

2  administrative appeals or for summary judgment because Plaintiff cannot prove a legal

3  element in each of his claims.

4    This action was referred to U.S. Magistrate Judge Robert A. McQuaid, Jr., pursuant to

5  28 U.S.C. § 636(b)(1(B) and LR IB 1-4.  On October 27, 2009 the Magistrate Judge submitted

6  his Report and Recommendation (#90) recommending that this Court enter an order granting

7  Defendants' Motion for Summary Judgment (#60) and denying as moot Plaintiff's Motion for

8  Preliminary Injunction (#87).  On October 16, 2009, Plaintiff filed his Objection to Magistrate

9  Judge's Report and Recommendation (#91).  On December 17, 2009, Defendants filed their

10  Opposition to Plaintiff's Objection to Magistrate Judge's Report and Recommendation (#93)

11  and on December 31, 2009 Plaintiff filed his Reply to Defendants' Opposition to Plaintiff's

12  Objection to Magistrate Judge's Report and Recommendation (#94).

13    On January 26, 2010, the Court entered its Order accepting and adopting the

14  Magistrate Judge's Report and Recommendation (#90) granting Defendants' Motion for

15  Summary Judgment (#60), and denied Plaintiff's Objection to Magistrate Judge's Report and

16  Recommendation (#91).  Judgment in a Civil Case (#96) was entered on January 26, 2010.

17                                   LEGAL STANDARD

18    Motions to reconsider are generally avoided.  See e.g., United States v. Mills, 810 F.2d

19  907, 909 (9th Cir. 1987) (stating that "[t]he law of the case doctrine provides that in order to

20  maintain consistency during the course of a single case, reconsideration of questions

21  previously decided should be avoided."); see also Earl Old Person v. Brown, 312 F.3d 1036,

22  1039 (9th Cir. 2002) (stating that exceptions to the law of the case doctrine include the

23  following: (1) the prior decision is clearly erroneous and its enforcement would work a manifest

24  injustice; (2) intervening controlling authority; and (3) substantially different evidence).  That

25  notwithstanding, Fed. R. Civ. P. 60(b) provides that "[o]n motion and upon such terms as are

26  just, the court may relieve a party . . . from a final judgment, order, or proceeding for the

27  following reasons: (1) mistake, inadvertence, surprise or excusable neglect . . . ."

28  ///

1    In this case, Defendant requests that the Court reconsider its Order adopting the

2  Magistrate's Report and Recommendation granting Defendants' Motion for Summary

3  Judgment, issued January 26, 2010.   Defendant argues that he has newly discovered

4  evidence that warrants reconsideration. He asserts that E.K. McDaniel perjured himself in his

5  declaration where he stated that inmates are not allowed to have, or permitted to possess a

6  roll of tape.  Defendant concludes that the Magistrate Judge's relied upon the declaration of

7  E.K. McDaniel in granting summary judgment to the defendants.

8    Defendants deny the allegations of perjury and submit that defendants assertions are

9  insufficient grounds for a motion for reconsideration. Defendants note that he presented the

10 same assertion, that inmates could purchase tape, in his Objections to the Magistrate's Report

11 and Recommendation (#91) at 4,8. Because the evidence was presented to the Court before

12 it made its decision, it is not newly discovered and is not grounds for reconsideration.

### CONCLUSION

14    IT IS HEREBY ORDERED that Plaintiff's Motion for Reconsideration  (#97) is DENIED.

15    IT IS SO ORDERED.

17    DATED: This _ 26th _ day of July, 2010.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

3